

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EDWARD ROBERTS,

    Petitioner,

v.     Civil Action No. **3:13CV614**

ERIC D. WILSON,

    Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;

2. Respondent's Motion for Summary Judgment (ECF No. 8) is GRANTED;

3. Respondent's Motion to Dismiss (ECF No. 7) is DENIED AS MOOT;

3. Roberts's § 2241 Petition is DENIED; and

4. Roberts's claim and the action are DISMISSED.

Should Roberts desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is DIRECTED to send the Memorandum Opinion and Final Order to Roberts and counsel of record.

And it is so ORDERED.

Date: 6/25/15
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge